1

2

3

4

5

6

7

8

9

10        IN THE UNITED STATES DISTRICT COURT

11        FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   JAMES LUDLOW,                    1:07-cv-01294-AWI-WMW (HC)

14            Petitioner,

15        vs.

16   M. C. KRAMER,

17            Respondent.          ORDER OF TRANSFER

18   _____/

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

20   28 U.S.C. § 2254.

21        The petitioner is challenging a parole decision from Sacramento County, which is part of

22   the Sacramento Division of the United States District Court for the Eastern District of California.

23   Therefore, the petition should have been filed in the Sacramento Division.

24        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

25   proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

26

1

action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:    September 7, 2007**            _____/s/  William M. Wunderlich_____
                                           UNITED STATES MAGISTRATE JUDGE